**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DEANDRE NEAL,**                                                                                    **PLAINTIFF**

**v.**                                           **1:12-cv-00133 KGB-JJV**

**DAVID LUCAS, Sheriff,**
**Jackson County;** *et al.*                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 20th day of February, 2013.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge